**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CAROL A. WILSON,** *et al.*,

    **Plaintiffs,**

  vs.                               **Civil Action 2:15-cv-2889
Judge Frost
Magistrate Judge King**

**GP WIND-DOWN COMPANY LLC,**

    **Defendant.**

## ORDER

This is an action for interest on untimely-paid fringe benefit contributions to employee benefits plans pursuant to a collective bargaining agreement.  Plaintiffs assert claims under ERISA, 29 U.S.C. § 1132, and the LMRA, 29 U.S.C. § 185.  The Clerk entered defendant's default pursuant to Fed. R. Civ. P. 55(a) on December 3, 2015.  *Entry of Default* (ECF No. 7).  On December 8, 2015, the United States Magistrate Judge recommended that the *Plaintiffs' Motion for Default Judgment*, ECF No. 8, be granted.  *Report and Recommendation* (ECF No. 10).  There has been no objection to that recommendation.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED AND AFFIRMED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in favor of plaintiffs and against defendant GP Wind-Down Company LLC, a/k/a A2 Services LLC, d/b/a Geneva Pipeline LLC, in the amount of Two Thousand Four Hundred Seventy-Nine Dollars and Fifty Cents ($2,479.50), for interest, a reasonable attorney's fee in the amount of Eight Hundred

2

Forty Dollars ($840.00), and court costs in the amount of Four Hundred Dollars ($400.00).

                                          /s/   GREGORY L. FROST
                                                  Gregory L. Frost
                                      United States District Judge